UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Michael Cowels and Michael Mims

        Plaintiffs

    v.                                CIVIL ACTION 1:18-10578-RGS

The Federal Bureau of Investigation et al

        Defendants

## JUDGMENT

STEARNS, D.J.

In accordance with the Court's Memorandum and Order [D.20] issued on August 7, 2018, granting defendants motion to dismiss in the above-entitled action, it is hereby ORDERED:

    Judgment entered for the Defendants.

                                                  By the Court,

8/7/2018                                              /s/ Arnold Pacho
Date                                                 Deputy Clerk